JPML FORM 1A     P. 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 -- In re Alert Income Partners Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1, A-2 & A-3) -- filed by pltf. Ernest L. Prien, Thomas W. Chisholm and Nancy N. Fisher -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF CALIFORNIA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Exhibits A-E, cert. of svc. and amended cert. of svc. (kac) |
| 91/12/18 |  | SECOND AMENDED CERT. OF SVC. -- (To pldg. 1) filed by pltfs. Ernest Prien, Thomas Chisholm and Nancy N. Fisher (attached to pldg. 1) (kac) |
| 91/12/26 |  | SUPPLEMENTAL CERT. OF SVC. -- (attached to pldg. #1) filed by pltfs. Ernest Prien, Thomas Chisholm and Nancy N. Fisher (kac) |
| 91/12/27 | 2 | APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR TRANSFER AND CONSOLIDATION -- filed by defts. Steven Hutchinson and Henry L. Hillman -- GRANTED TO ALL PARTIES FOR FILING RESPONSES TO AND INCLUDING FEBRUARY 7, 1991 -- Notified involved counsel (kac) |
| 91/12/27 | 3 | RESPONSE -- (to pldg. #2) filed by pltfs. Ernest Prien, Thomas Chisholm and Nancy N. Fisher (kac) |
| 91/12/30 |  | APPEARANCES -- CHRISTINA R. PFIRRMAN, ESQ. for Ernest L. Prien, Thomas W. Chisholm, Linda N. Fisher; A. GILCHRIST SPARKS, III, ESQ. for Alert Holdings, Inc., Alert Management Services, Inc., The Alert Centre, Inc., Alert Equity Corporation, Alert Income Partners IV, Ltd., Alert Income Partners V, Ltd.; DAVID J. BERSHAD, ESQ. for Axton Candy & Tobacco Co., Inc.; STEVEN D. SKOLNIK, ESQ. for Glen W. Barnard, Maurie R. Caldwell, Jr., Larry H. Welch; KAREN L. MORRIS, ESQ. for Asher Z. Rabinowitz, M.D.; NORMAN J. BLEARS, ESQ. for Alert Capital Corporation, John L. Wright; LOUIS F. GILLIGAN, ESQ. for Henry L. Hillman, Steven N. Hutchinson; ROGER P. THOMASCH, ESQ. for Otten, Johnson, Robinson, Neff & Ragonetti, P.C. (kac) |
| 92/01/06 | 4 | NOTICE OF AUTOMATIC STAY OF PROCEEDINGS -- filed by Alert Holdings, Inc., The Alert Centre, Inc., Alert Equity Corporation and Cableguard, Inc. (ds) |

JPML FORM 1A

p.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/24 | 5 | NOTICE OF RELATED ACTION -- filed by pltf. Keran (Keran v. Alert Management Services, Inc., C.D. California, C.A. No. 92-0331-IH) w/cert. of svc. (ds) |
| 92/01/27 |  | APPEARANCE -- STEVEN D. SKOLNIK, ESQ. for Roy A. Webley, Michael L. Overby and Enid J. Helgerson (ds) |
| 92/01/27 | 6 | NOTICE OF AUTOMATIC STAY OF PROCEEDINGS -- filed by Alert Funding Corporation, II, Alert Funding Partners, Ltd., Alert Management Services, IV, III, Ltd., Alert Income Partners IV, Ltd. and Alert Income Partners, V, Ltd. w/cert. of svc. (ds) |
| 92/02/06 | 7 | NOTICE OF RELATED ACTION -- filed by pltf. Relvas (Relvas v. Hillman, et al., S.D. New York, C.A. No. 92 Civ. 0916 (VLB)) w/cert. of svc. (bas) |
| 92/02/07 | 8 | RESPONSE TO PLDG. #1 -- from pltfs. Axton Candy & Tobacco Co., Inc.; Asher Z. Rabinowitz, M.D.; T.S.M. Investment Corp. Profit Sharing Plan; and Alfred Relvas w/cert. of svc. (bas) |
| 92/02/07 | 9 | RESPONSE TO PLDG. #1 -- w/Memo and Motion to Transfer (A-1 through A-5) from defts. Glen W. Barnard, Maurie R. Caldwell, Jr., Larry H. Welch, Roy A. Webley, Michael L. Overby and Enid J. Helgerson w/supporting brief and schedule and cert. of svc. Suggested transferee district: District of Colorado. (bas) |
| 92/02/07 | 10 | RESPONSE TO PLDG. #1 -- from Alert Income Partners IV, Ltd. and Alert Income Partners V, Ltd. w/cert. of svc. (bas) |
| 92/02/07 | 11 | RESPONSE TO PLDG. #1 -- w/Memo from defts. Steven N. Hutchinson and Henry L. Hillman and Cross Motion for Transfer (A-1 through A-5) w/supporting brief and schedule and cert. of svc. Suggested transferee district: Southern District of New York (bas) |
| 92/02/07 | 12 | RESPONSE TO PLDG. #1 -- from pltf. Alfred Keran (bas) |
| 92/02/07 | 13 | RESPONSE TO PLDG. #1 -- from defts. Alert Capital Corp. and John L. Wright w/cert. of svc. (bas) |
| 92/02/07 | 14 | RESPONSE (to pldg #1) -- Defendant Otten, Johnson, Robinson, Neff & Ragonetti, P.C. w/cert. of svc. (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/02/07 | | APPEARANCE REVISED -- Michael R. Young for Alert Funding Corp. II, Alert Funding Partners, Ltd., Alert Holdings, Inc., The Alert Centre, Inc., Alert Equity Corp., Alert Management Services, Inc., Alert Funding Corp., II, and Alert Funding Partners, Ltd. (rew) |
| 92/02/07 | 15 | RESPONSE -- (to Pldg. No. 1) -- Defts. Alert Holdings, Inc., The Alert Centre, Inc., Alert Equity Corp., Alert Funding Corp. II, Alert Funding Partners, Ltd. and Alert Management Services, Inc. w/cert of svc. (rew) |
| 92/02/07 | 16 | RESPONSE -- (to pldg. #1) defts. Cooper & Lybrand Motion, Memo, Declaration of Roger P. Fendrich, Schedule (A1, 2, 3, 5 & 6) and cert. of svc. (bas) |
| 92/02/18 | | AMENDED CERT. OF SVC. -- (to pldg. #12) filed by pltf. Alfred Keran (attached to pldg. #12) (bas) |
| 92/02/20 | | HEARING ORDER -- setting motion of pltfs. Ernest L. Prien, et al. to transfer and motion of defts. Glen W. Barnard, Maurice R. Caldwell, Jr., Larry H. Welch, Roy A. Bebley, Michael L. overby and Enid J. Helgerson to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/24 | 17 | RESPONSE (to pldgs. #9 and 16) -- filed by pltfs. Ernest L. Prien, Thomas W. Chisholm and Nancy N. Fisher w/cert. of svc. (ds) |
| 92/02/26 | 18 | REQUEST TO AMEND HEARING ORDER TO ADD ACTION AND MOTION -- (see pldg. #16) -- filed by defts. Cooper & Lybrand w/cert. of svc. (bas) |
| 92/02/27 | | SECOND AMENDMENT TO THE HEARING ORDER AND ATTACHED SCHEDULE FILED FEBRUARY 20, 1992 -- amending hearing order to include motion of deft. Coopers & Lybrand for transfer of actions (including the Alfred Relvas action) for Panel hearing on March 27, 1992, in Chicago, Illinois (ds) |
| 92/02/27 | 19 | RESPONSE TO PLDG. #9 -- filed by defts. Cooper & Lybrand -- w/proof of svc. (bas) |

JPML FORM 1A

B.4.

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/11 | 20 | SUPPLEMENTAL RESPONSE TO PLDG. #14 -- Filed by Deft. Otten, Johnson, Robinson, Neff &m Ragonetti, P.C. -- w/**Exhibit** and cert. of svc. (rh) |
| 92/03/16 | 21 | NOTICE OF RELATED ACTION -- Filed by interested party pltf. Lois H. Mitchell (**Mitchell v. Welch, et al., S.D. NY., #92-Civ-1754**) -- w/cert. of svc. (rh) |
| 92/03/16 | 22 | INTERESED PARTY RESPONSE -- (JOINDER IN MOTION) to pldg. #1 Filed by pltf. Lois H. Mitchell -- w/**Notice of Presentation of Oral Argument** and cert. of svc. (rh) |
| 92/03/20 | 23 | NOTICE OF RELATED ACTION -- Filed by Interested party pltfs. **Joseph Migliozzi, et al.** (Joseph Migliozzi, et al. v. Henry L. Hillman, et al., D. Col., #92-538) -- w/cert. of svc. (rh) |
| 92/03/20 | 24 | NOTICE OF RELATED ACTION -- Filed by Interested party pltf. **John McElfresh** (John McElfresh v. Larry H. Welch, et al., State of Colorado, Arapahoe County District Court, #92-CV-729) -- w/**Exhibit A** and cert. of svc. (rh) |
| 92/03/20 | 25 | NOTICE OF RELATED ACTION -- Filed by Interested party pltf. **Paul A. Wischmeyer** (Paul A. Wischmeyer v. Larry H. Welch, et al., D. Colo., #92-407) -- w/cert. of svc. (rh) |
| 92/03/23 | 26 | LETTER (request to be included on March 27, 1992 hearing -- pltfs. Migliozzi w/svc. (ds) |
| 92/03/23 | 27 | NOTICE OF RELATED ACTION -- filed by pltfs. Migliozzi (Joseph and Louise Migliozzi v. Henry L. Hillman, et al., D. Colo., C.A. No. 92-538) w/cert. of svc. (ds) |
| 92/03/23 | 28 | RESPONSE (to pldg. 1) -- pltfs. Migliozzi w/cert. of svc. (ds) |
| 92/03/23 | 29 | NOTICE OF RELATED ACTION -- filed by deft. Glen W. Barnard, Maurie R. Caldwell, Jr., Larry H. Welch, Roy A. Webley, Michael L. Overby and Enid J. Helgerson (Paul A. Wischmeyer, etc., v. Larry H. Walsh, et al., D. Colo., 92-Z-407 and Patricia Ann Brown Trust, et al. v. The Hillman Co., et al., C.D. Cal., C.A. No. CV-92-306-AAH (JGX) w/cert. of svc. (ds) |

JPML FORM

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 --

B. 5

| Date | R. | Pleading Description |
|---|---|---|
| 92/03/25 | 30 | INTERESTED PARTY RESPONSE -- (to pldg. #1) pltf. Paul A. Wischmeyer -- w/cert. of svc. (rh) |
| 92/03/27 | | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- CHRISTINA R. PFIRRMAN, ESQ. for Ernests L. Prien, Thomas W. Lieff, Cabraser & Heimann; DAVID J. BERSHAD, ESQ. for Axton Candy & Tobacco Co., Inc.; ROGER P. FRENDRICH, ESQ. for Coopers & Lybrand; MICHAEL R. YOUNG, ESQ. for Alert Holdings, Inc., The Alert Centre, Inc., Alerty Equity Corp., Alert Funding Corp., II, Alert Funding Partners, Ltd. and Alert Management Services, Inc.; JAMES E. BURKE, ESQ. for Henry L. Hillman and Steven N. Hutchinson; NORMAN J. BLEARS, ESQ. for Alert Capital Corp. and John L. Wright; ROGER P. THOMASCH, ESQ. for Otten, Johnson, Robinson, Neff & Ragonetti, P.C.; STEVEN D. SKOLNICK, ESQ. for Glen W. Barnard, Maurie R. Caldwell, Jr., Larry H. Welch, Roy A. Webley, Michael L. Overby and Enid J. Helgerson; ROBERT F. HILL, ESQ. for Joseph and Louise Migliozzi; SOLOMON B. CERA, ESQ. for Alfred Keran (ds) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT -- Charles Johnston; Alert Income Partners IV, Ltd. and Alert Income Partners V, Ltd.; Patricia Knirk and Asher Z. Rabinowitz, M.D. (ds) |
| 92/04/09 | | TRANSFER ORDER -- Transferring A1 thru A-6 to the District of Colorado for pretrial proceedings -- Notified involved counsel, judges, clerks and misc. recipients (kac) |
| 92/04/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-9) Lois H. Mitchell v. Larry H. Welch, S.D. New York, C.A. No. 92-CV-1754 -- Notified involved counsel and judges (kac) |
| 92/05/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-10) Patricia Ann Brown Trust, et al. v. The Hillman Co., et al., C.D. California, C.A. No. 92-CV-306 -- Notified involved counsel and judges (bas) |
| 92/05/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-9) Lois H. Mitchell v. Larry H. Welch, et al., S.D. New York, C.A. No. 92-CV-1754 -- Notified involved clerks and judges (kac) |
| 92/05/21 | | APPEARANCE -- BONITA L. CHURNEY, ESQ. for Patricia Ann Brown Trust, Edwin C. Brown Trust, Lawrence J. Brown Trust and Christina R. Brown Marital Trust -- w/cert. of svc. (kac) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/05/22 | 31 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by plfts. Patricia Ann Brown Trust, Edwin C. Brown Trust, Lawrence J. Brown Trust and Christina R. Brown Marital Trust in (B-10) Patricia Ann Brown Trust, et al. v. The Hillman Company, et al., C.D. California, c.A. No. CV-92-0306-JSL (JGx) -- Notified involved counsel and judges -- (kac) |
| 92/06/08 | 32 | MOTION/BRIEF TO VACATE CTO -- (re: pldg. #31) Filed by pltfs. Patricia Ann Brown Trust, et al. w/cert. of svc. (dld) |
| 92/06/19 |  | HEARING ORDER -- Setting opposition of pltfs. in (B-10) **Patricia Ann Brown Trust, et al.** to transfer for Panel Hearing in Richmond, Virginia on July 31, 1992 - Notified involved counsel, judges, and clerks (bas) |
| 92/06/22 | 33 | RESPONSE -- (re: pldg. #32) Filed by Hillman defts. w/cert. of svc. (dld) |
| 92/06/25 | 34 | RESPONSE -- (re: pldg. #32) Filed by defts. Larry H. Welch; Glen W. Barnard; Maurice R. Caldwell and Roy A. Webley w/exhibits A & B and cert. of svc. (dld) |
| 92/06/26 | 35 | RESPONSE -- (re: pldg. #32) Filed by deft. Frank A. Savage w/cert. of svc. (dld) |
| 92/07/06 | 36 | REPLY -- Filed by Pltfs. Patricia Ann Brown Trust, et al. -- w/cert. of svc. (rh) |
| 92/07/31 |  | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- All parties waived (kac) |
| 92/08/05 |  | TRANSFER ORDER FILED TODAY -- transferring (B-10) Patricia A. Brown, et al. v. The Hillman Company, et al., C.D. California, C.A. No. 2:92-0306 -- Notified involved counsel, judges, panel judges and clerks (kac) |
| 92/11/06 |  | APPEARANCE -- THOMAS P. BATTISTONI, ESQ. for Alert Income Partners IV, Ltd. and Alert Income Partners, V, Ltd. (lg) |

JPML FORM 1A

p. 7.

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 -- In re Alert Income Partners Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/12/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(B-11)** The Planners Advisory Services, Inc., et al. v. Larry H. Welch, et al., S.D. Iowa, 4:92-CV-70764 - Notified invovled counsel and jduges (lg) |
| 92/12/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(B-11)** The Planners Advisory Services, Inc, et al. v. Larry H. Welch, et al., S.D. Iowa, 4:92-CV-70764 -- Notified Involved Clerks and Judges (nng) |

JPML Form 1

Revised: 8/78

DOCKET NO. 915 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Alert Income Partners Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 27, 1992 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 9, 1992 | TO | Unpublished | D. Colorado | Hon. Zita L. Weinshienk | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 915 -- In re Alert Income Partners Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ernest L. Prien, et al. v. Alert Holdings, Inc., et al. | Cal.,N. Walker | 91-4223 VRW | 4/9/92 | 92-Z-856 | | |
| A-2 | Axton Candy & Tobacco Company, Inc., v. Alert Holdings, Inc., et al. | Del. - Robinson | 91-CV-612 | 4/9/92 | 92-Z-801 | | 1/20 |
| A-3 | Asher Z. Rabinowitz, M.D. v. Alert Holdings, Inc., et al. | Del. - Robinson | 91CV-615 | 4/9/92 | 92-Z-805 | | 1/20 |
| A-4 | T.S.M. Investment Corp., et al. v. Larry H. Welch, et al. | Del. Robinson | 91-705 | 4/9/92 | 92-Z-804 | | 1/20 |
| A-5 | Alfred A. Keran, et al. v. Alert Management Services, Inc., et al. | Cal.,C. Hill | 92-331-IH | 4/9/92 | 92-Z-902 | | |
| A-6 | Alfred Relvas, etc. v. Henry L. Hillman, et al. | S.D.N.Y. Broderick | 92-CIV-796 (VLB) | 4/9/92 | 92 Z-796 | | |
| B-7 | Joseph and Louise Migliozzi, etc. v. Henry L. Hillman, et al. | Colo. Weinshienk | 92-538 | NTN | 92-Z-538 | | |
| B-8 | Paul A. Wischmeyer, etc. v. Larry H. Welch, et al. | Colo. Weinshienk | 92-407 | NTN | 92-Z-407 | | |
| B-9 | Lois H. Mitchell v. Larry H. Welch, et al. 4/29/92 | N.Y., S. Broderick | 92-CV-1754 | 5/15/92 | 92 Z 1384 | | |
| B-10 | Patricia Ann Brown, Trust, The et al v. Hillman Co., et al. 5-11-92 opp. 5/22/92 | Cal.,C. Letts | 92-CV-306 | 8/5/92 | 92-Z-1734 | | |

July 1992 - 7 TR/2 ×12/9 Pending (B-10 opposed)

Sept. 1992 - 1 TR/10 pending

DOCKET NO. 915 -- In re Alert Income Partners Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | The Planners Advisory Services, Inc., et al. v. Larry H. Welch, et al. 12-7-92<br><br>In MPS (cms) | S.D. Iowa<br>Vietor | 4:92-cv-70764 | 12/23/92 | 93-Z-91 | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 --In re Alert Income Partners Securities Litigation

========================================================

ERNEST PRIEN, ET AL. (A-1)
Christina R. Pfirrman
Lieff, Cabraser & Heimann
Embarcadero Center West
275 Battery Street, 30th floor
San Francisco, CA  94111

AXTON CANDY & TOBACCO CO. (A-2)
David A. Bershad, Esq.
Milberg, Weiss, Bershad Specthrie &
  Lerach
One Pennsylvania Plaza
New York, NY  10119

ASHER Z. RABINOWITZ, M.D. (A-3)
Karen L. Morris, Esq.
Morris & Morris
1105 Nº Market Street
Suite 1600
Wilmington, DE  19801

T.S.M. INVESTMENT CORP. (A-4)
Victor Battaglia, Sr., Esq.
Biggs & Battaglia
1206 Mellon Bank Center
P.O. Box 1489
Wilmington, DE  19899

ALFRED A. KERAN (A-5)
David B. Gold, Esq.
David B. Gold, PC
595 Market St., Suite 2300
San Francisco, CA  94105

ALERT INCOME PARTNERS IV, LTD.
ALERT INCOME PARTNERS V, LTD.
Thomas P. Battistoni, Esq.
Teitelbaum, Hiller, Rodman, Paden & Hibsher
260 Madison Avenue
New York, NY  10016

ALERT CAPITAL CORPORATION
JOHN L. WRIGHT
Norman J. Blears, Esq.
Heller, Ehrman, White & McAuliffe
525 University Ave., 11th Floor
Palo Alto, CA  94301-1908

HENRY L. HILLMAN
STEVEN N. HUTCHINSON
Louis F. Gilligan, Esq.
Keating, Muething & Klekamp
1800 Provident Tower
One East Fourth Street
P.O. Box 1800
Cincinnati, OH  45202

OTTEN, JOHNSON, ROBINSON, NEFF &
 & RAGONETTI, P.C.
Louis F. Gilligan, Esq.
Keating, Muething & Klekamp
 (Listed Above)

COOPERS & LYBRAND
Roger P. Fendrich, Esq.
Arnold & Porter
1200 New Hampshire Ave., N.W.
Washington, D.C.  20036

DOCKET NO. 915 -- <u>In re Alert Income Partners Securities Litigation</u>

PETER W. CHEHAYL
SUSAN L. GRANT
RONALD P. KUBICKI
STEVEN G. HOWELL
<u>LEIGH K. REICHEL</u>
 (Unable to determine counsel or address)

PATRICIA M. KNIRK
Patricia M. Knirk
45454 S. Verbena St., Apt. 392
Denver, CO  80237

GLEN W. BARNARD; MAURIE R. CALDWELL, JR.; LARRY H. WELCH; ROY A. WEBLEY; MICHAEL L. OVERBVY AND <u>ENID J. HELGERSON</u>
Steven D. Skolnik, Esq.
Bobrow, Grenapple, Skolnik &
  Shakarchy
630 Third Avenue
New York, NY  10017

CHARLES C. JOHNSON
Charles C. Johnston
ISI Systems, Inc.
161 Forbes Road, 3d Floor
Braintree, MA  02184

ALERT FUNDING CORP. II
ALERT FUNDING PARTNERS, LTD.
ALERT HOLDINGS, INC.
THE ALERT CENTRE, INC.
ALERT EQUITY CORPORATION
<u>ALERT MANAGEMENT SERVICES, INC.</u>
Michael R. Young, Esq.
Willkie, Farr & Gallagher
One Citicorp Center
153 East 53rd St.
New York, NY  10022-4669

STEVEN G. HOWELL
Joseph T. Howell, Esq.
Kirk, Gay, Kirk, Gwynn & Howell
Kirk Hall
P.O. Box 729
Wendell, NC  27591

LOIS H. MITCHELL (B-9)
Richard L. Jaeger, Esq.
2700 Russ Building
235 Montgomery Street
San Francisco, CA  94104

PATRICIA ANN BROWN TRUST, ET AL. (B-10)
Bonita I. Churney, Esq.
Bryan, Cave, McPheeters & McRoberts     *OPPOSED 5/22/92*
120 Broadway
Suite 500
Santa Monica, CA  90401-2305

THE HILLMAN CO.
WILMINGTON SECURITIES, INC.
HENRY L. HILLMAN TRUST
STEVEN N. HUTCHINSON
H. VAUGHN BLAXTER, III
<u>CAROL RILEY (Defts. B-10)</u>
Louis F. Gilligan, Esq.
Kearing, Muething & Klekamp
 (Listed above)

Alexander L. Brainerd, Esq.
Richard A. Ardoin, Esq.
Bronson, Bronson & McKinnon
505 Montgomery Street
San Francisco, CA  94111-2514

JPML Form 4 -- (cont'd)                    Panel Attorney Service List -- p. 3

DOCKET NO. 915 -- In re Alert Income Partners Securities Litigation


JULIET LEA HILLMAN TRUST
AUDREY H. HILLMAN TRUST
HENRY LEA HILLMAN, JR. TRUST
WILLIAM TALBOT TRUST
LEIGH K. REICHEL
 (Unable to determine counsel and address)


FRANK A. "TERRY" SAVAGE (Deft. B-10)
Howard Schiffman, Esq.
Dickstein, Shapiro & Morin
2101 L. Street, N.W.
Washington, D.C.  20037


THE PLANNERS ADVISORY SERVICES, INC., ET AL (B-11)
David W. Dunn, Esq.
Davis, Hockenberg, Wine, Brown, Koehn & Shors
666 Walnut
Financial Center - Suite 2500
Des Moines, IA  50309


ALERT EQUITIES, L.P.
THE WELCH FAMILY TRUST (Deft. B-11)
 (Unable to determine counsel or address)

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _915_ -- _In re Alert Income Partners Securities Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alert Holdings, Inc. | A-1, A-2, A-3 |
| Alert Management Services, Inc. | A-1, A-2, A-3, 4, 5 |
| Alert Funding Partners, Ltd. | A-1 |
| Alert Funding Corporation II | A-1 |
| Alert Capital Corporation | A-1, A-2, A-3, 4, 5, 6, B-9 |
| The Alert Centre, Inc. | A-1, A-2, A-3 |
| Alert Equity Corporation | A-1, A-2, A-3, 5 |
| Larry H. Welch | A-1, A-2, A-3, 4, 5, 6, B-9, B-10, B-11 |
| Glen W. Barnard | A-1, A-2, A-3, 4, 5, 6, B-9, B-10, B-11 |
| Maurie R. Caldwell, Jr. | A-1, A-2, A-3, 4, 6, B-9, B-10, B-11 |
| Patricia M. Knirk | A-1, A-2, A-3, 6, B-9, B-10 |

| | |
|---|---|
| Charles C. Johnston | A-1; 4; 6, B-9, B-10, B-11 |
| Henry L. Hillman | A-1 5 6, B-9, B-10, B-11 |
| Frank A. "Terry" Savage | A-1   6, B-9, B-10, B-11 |
| Steven N. Hutchinson | A-1, A-2, A-3; 4; 5  6, B-9, B-10, B-11, |
| Roy A. Webley | A-1, A-2, A-3; 4; 6, B-9, B-10, B-11 |
| John L. Wright | A-1  6 |
| Coopers & Lybrand | A-1, A-2, A-3  5  6, B-9, B-11 |
| Otten, Johnson, Robinson, Neff & Ragonetti, P.C. | A-1, A-2, A-3  6, B-9, B-11 |
| Peter W. Chehayl | A-2 ; 4; |
| Susan L Grant | A-2, A-3 |
| Alert Income Partners V, Ltd. | A-2 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 915 -- In re Alert Income Partners Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alert Income Partners IV, Ltd. | A-3, 5 |
| Enid J. Helgerson | A-3, B-11 |
| Michael L. Overby | A-3, B-11 |
| Ronald P. Kubicki | A-3 |
| Steven G. Howell | A-3 |
| Leigh K. Reichel | A-3, B-10 |
| Wilmingtion Securities, Inc. | B-10, B-11 |
| Juliet Lea Hillman, Trust | B-10 |
| Audrey H. Hillman, Trust | B-10 |
| Henry Lea Hillman, Jr., Trust | B-10 |
| William Talbot, Trust | B-10 |

p. 4

| | |
|---|---|
| H. Vaughn Blaxter | B-10, B-11 |
| Carol Riley | B-10 |
| The Hillman Company | B-10, B-11 |
| The Welch Family Trust | B-11, |
| Alert Equities, L.B. | B-11 |
| | |
| | |
| | |
| | |
| | |